B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Southern District of West Virginia

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Fox Engineering, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **AKA Fox Engineering, LLC** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **46-4787773** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **Carson's Corner Professional Building / 101 North Court Street / Ripley, WV**    ZIP Code **25271** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business: **Jackson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP Code | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fox Engineering, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Fox Engineering, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ Joseph W. Caldwell**
Signature of Attorney for Debtor(s)

**Joseph W. Caldwell 586**
Printed Name of Attorney for Debtor(s)

**Caldwell & Riffee**
Firm Name

**3818 MacCorkle Ave. S.E. Suite 101**
**Post Office Box 4427**
**Charleston, WV 25364-4427**

Address

**joecaldwell@frontier.com & chuckriffee@frontier.com**
**(304) 925-2100  Fax: (304) 925-2193**
Telephone Number

**November 14, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Jennifer W. Casey**
Signature of Authorized Individual

**Jennifer W. Casey**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 14, 2014**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of West Virginia

In re **Fox Engineering, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AFCO<br>City Insurance<br>P. O. Box 2316<br>Beckley, WV 25802 | AFCO<br>City Insurance<br>P. O. Box 2316<br>Beckley, WV 25802 | | | 22,502.56 |
| Bare's Fence Company, LLC<br>1484 Utah Road<br>Ravenswood, WV 26164 | Bare's Fence Company, LLC<br>1484 Utah Road<br>Ravenswood, WV 26164 | | | 87,359.96 |
| BB&T<br>P. O. Box 580048<br>Charlotte, NC 28258-0048 | BB&T<br>P. O. Box 580048<br>Charlotte, NC 28258-0048 | | | 16,913.12 |
| Bell Mechanical, Inc.<br>103 McKinney Avenue<br>Dunbar, WV 25064 | Bell Mechanical, Inc.<br>103 McKinney Avenue<br>Dunbar, WV 25064 | | | 44,015.27 |
| Charleston Acoustics Supply House<br>900 MacCorkle Avenue, S.W.<br>Charleston, WV 25303 | Charleston Acoustics Supply House<br>900 MacCorkle Avenue, S.W.<br>Charleston, WV 25303 | | | 18,232.93 |
| E & R Excavating<br>P. O. Box 655<br>New Haven, WV 25265 | E & R Excavating<br>P. O. Box 655<br>New Haven, WV 25265 | | | 26,306.94 |
| Enviroprobe Integrated Solutions, Inc.<br>630 Cross Lanes Drive<br>Nitro, WV 25143 | Enviroprobe Integrated Solutions, Inc.<br>630 Cross Lanes Drive<br>Nitro, WV 25143 | | | 18,596.35 |
| Family Carpet Outlet<br>1411 Grand Central Avenue<br>Suite 12<br>Vienna, WV 26105 | Family Carpet Outlet<br>1411 Grand Central Avenue<br>Suite 12<br>Vienna, WV 26105 | | | 49,958.38 |
| Foster Supply<br>P. O. Box 488<br>4847 Teays Valley Road<br>Scott Depot, WV 25560 | Foster Supply<br>P. O. Box 488<br>4847 Teays Valley Road<br>Scott Depot, WV 25560 | | | 25,109.46 |
| Gregory Industries, Inc.<br>4100 13th Street, SW<br>Canton, OH 44710 | Gregory Industries, Inc.<br>4100 13th Street, SW<br>Canton, OH 44710 | | | 29,992.05 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Fox Engineering, Inc.**                                                              Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jennifer Casey<br>572 Flesher Run Road<br>Ravenswood, WV 26164 | Jennifer Casey<br>572 Flesher Run Road<br>Ravenswood, WV 26164 | | | 21,670.04 |
| John Casey<br>471 Long Ridge Road<br>Apple Grove, WV 25502 | John Casey<br>471 Long Ridge Road<br>Apple Grove, WV 25502 | | | 16,917.98 |
| Joseph Fazio, Inc.<br>2760 Glassboro Road<br>Glassboro, NJ 08028 | Joseph Fazio, Inc.<br>2760 Glassboro Road<br>Glassboro, NJ 08028 | | | 16,211.55 |
| Pioneer Pipe, Inc.<br>P. O Box 37574<br>Baltimore, MD 21297-3574 | Pioneer Pipe, Inc.<br>P. O Box 37574<br>Baltimore, MD 21297-3574 | | | 23,986.41 |
| SPAN 1, LLC<br>P. O. Box 1276<br>Scott Depot, WV 25560 | SPAN 1, LLC<br>P. O. Box 1276<br>Scott Depot, WV 25560 | | | 22,555.00 |
| Sunbelt Rentals<br>580 MacCorkle Avenue, SW<br>Saint Albans, WV 25177 | Sunbelt Rentals<br>580 MacCorkle Avenue, SW<br>Saint Albans, WV 25177 | | | 22,437.22 |
| Todd Fox<br>101 N. Court Street<br>Ripley, WV 25271 | Todd Fox<br>101 N. Court Street<br>Ripley, WV 25271 | | | 51,870.00 |
| Triad Engineering, Inc.<br>10541 Teays Valley Road<br>Scott Depot, WV 25560 | Triad Engineering, Inc.<br>10541 Teays Valley Road<br>Scott Depot, WV 25560 | | | 15,055.05 |
| West Virginia Signal & Light, Inc.<br>P. O. Box 134<br>247 Kentuck Road<br>Kenna, WV 25248 | West Virginia Signal & Light, Inc.<br>P. O. Box 134<br>247 Kentuck Road<br>Kenna, WV 25248 | | | 21,879.60 |
| White Brothers Consulting, LLC<br>447 Call Road<br>Suite 216<br>Charleston, WV 25312 | White Brothers Consulting, LLC<br>447 Call Road<br>Suite 216<br>Charleston, WV 25312 | | | 18,289.64 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 14, 2014**                                  Signature   **/s/ Jennifer W. Casey**
                                                                         **Jennifer W. Casey**
                                                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

21 Country Market, Inc.
P. O. Box 40
Millwood, WV 25262


Adams, Fisher & Chappell, Pllc
122 South Court Street
Ripley, WV 25271


Advanced Solutions
1901 Eastpoint Pkw.
Suite 301
Louisville, KY 40223


Aero-Fab, Inc.
P. O. Box 3088
Huntington, WV 25702


AFCO
City Insurance
P. O. Box 2316
Beckley, WV 25802


Allen's Supreme Seamless Gutter
175 Sunshine Road
Ravenswood, WV 26164


Allstar Ecology, LLC
1582 Meadowdale Road
Fairmont, WV 26554


Asphalt Pavement Association of WV
2114 Kanawha Boulevard, East
Charleston, WV 25311


Astech Corporation
Route 1, Box 479B
Charleston, WV 25312


Bare's Fence Company, LLC
1484 Utah Road
Ravenswood, WV 26164


BB&T
P. O. Box 580048
Charlotte, NC 28258-0048

```
Bell Mechanical, Inc.
103 McKinney Avenue
Dunbar, WV 25064


Benefit Solutions, Inc.
5960 U.S. Route 60
Barboursville, WV 25504


Biztec, LLC
3207.5 Emerson Avenue
Parkersburg, WV 26104-2232


Blue Mountain Engineering
11023 Mason Dixon Highway
Burton, WV 26562


Boseley Rental & Supply, Inc.
1 Bosley Avenue
Parkersburg, WV 26101


Brian Tregoning
1379 Fay Road
Loveland, OH 45140


Budget Dumpster, LLC
26943 Westwood Road
Suite C
Westlake, OH 44145


Burke-Parsons-Bowlby Corporation
Box 347294
Pittsburgh, PA 15251-4294


C & R Materials, Inc.
86996 Cotter Street
Lewis Center, OH 43035


Carter Lumber
Carter Point A#1
Ripley, WV 25271


Castro General Contracting & Excavating
Route 1, Box 260
Buffalo, WV 25033
```

CAWV 2114 Kanawha Boulevard
2114 Kanawha Boulevard, East
Charleston, WV 25311

Chandler's Plywood Products
P. O. Box 9217
3716 Waverly Road
Huntington, WV 25704

Charleston Acoustics Supply House
900 MacCorkle Avenue, S.W.
Charleston, WV 25303

Charleston Steel
P. O. Box 547
511 28th Street
Dunbar, WV 25064

Chets Lockshop
147 Staffhouse Road
Point Pleasant, WV 25550

Christman Quarry
47278 Swazey Road
Lewisville, OH 43754

City Insurance Professionals
3601 MacCorkle Avenue, SE
P. O. Box 1126
Charleston, WV 25324

Comcast
P. O. Box 3005
Southeastern, PA 19398-3005

Comdoc, Inc.
P. O. Box 932159
Cleveland, OH 44193

Crisenbery Electric, LLC
1185 Marabel Road
Crown City, OH 45623

```
CTL Enginering of West Virginia, Inc.
733 Fairmont Road
Morgantown, WV 26501


E & R Excavating
P. O. Box 655
New Haven, WV 25265


Enterprise
4489 Campbells Run Road
Pittsburgh, PA 15205


Enviroprobe Integrated Solutions, Inc.
630 Cross Lanes Drive
Nitro, WV 25143


Estern Vault Company, Inc.
P. O. Box 1134
Princeton, WV 24740


F. L. Enterprises
4200 1st Avenue
Suite 110
Nitro, WV 25143


Family Carpet Outlet
1411 Grand Central Avenue
Suite 12
Vienna, WV 26105


Fastenal Company
P. O. Box 1286
Winona, MN 55987-1286


Federal Express
P. O. Box 371461
Pittsburgh, PA 15250-7461


Fields, Dehmlow & Vessels, LLC
309 Second Street
Marietta, OH 45750-0710


Form Tech Concrete Forms, Inc.
28 Winfield Road
Saint Albans, WV 25177
```

```
Foster Supply
P. O. Box 488
4847 Teays Valley Road
Scott Depot, WV 25560


GAI Consultants
300 Summers Street
Suite 1100
Charleston, WV 25301


GE Capital
P. O. Box 61419
Pittsburgh, PA 15264-1419


Global Equipment Company
P. O. Box 905713
Charlotte, NC 28290-5713


Gregory Industries, Inc.
4100 13th Street, SW
Canton, OH 44710


Hardman's
102 Court St.
Spencer, WV 25276


Hertz Equipment Rental Corporation
P. O. Box 6850280
Dallas, TX 75265-0280


Houck Plumbing & Heating, Inc.
894 Mill Creek Road
Continental, OH 45831


Huntington Testing & Technology, Inc.
1200 Airport Road
Huntington, WV 25704


Internal Revenue Service
Attn: Special Procedures
425 Juliana Street
Parkersburg, WV 26101
```

```
IOGA
405 Capitol Street
Suite 808
Charleston, WV 25301


J & J Signs, LLC
P. O. Box 591
Pinch, WV 25156


Jackson County Sheriff
P. O. Box 106
Ripley, WV 25271


JCO
500 Race Street
Ravenswood, WV 26164


JCO Renter Center
500 Race Street
Ravenswood, WV 26164


Jennifer Casey
572 Flesher Run Road
Ravenswood, WV 26164


Jennifer W. Casey
101 N. Court Street
Ripley, WV 25271


John Casey
471 Long Ridge Road
Apple Grove, WV 25502


Joseph Fazio, Inc.
2760 Glassboro Road
Glassboro, NJ 08028


K. H. Birthisel, Inc.
P. O. Box 1137
Elkview, WV 25071


Leica Geosystems, Inc.
P. O. Box 536874
Atlanta, GA 30353-6874
```

```
M. H. Corbin, Inc.
8420 Estates Court
Plain City, OH 43064


Main Street Ripley
107 Main Street, West
Ripley, WV 25271


Martin & Ritz Accounting Services, Inc.
206 5th Avenue
Saint Albans, WV 25177


McKinley and Associates
The Maxwell Centre, Suite 100
Thirty-Two Twentieth Street
Wheeling, WV 26003


Modern Equipment Company
P. O. Box 20474
Charleston, WV 25362


Morgantown Blueprint and Copy Center,Inc
78 Holland Avenue
Morgantown, WV 26501


Mountaineer Glass, Inc.
413 Dunbar Avenue
Dunbar, WV 25064


Mr. Asphalt
148 Hunters Cove
Charleston, WV 25320


Ohio Valley Oil & Gas Association
P. O. Box 155
Saint Clairsville, OH 43950


Pioneer Pipe, Inc.
P. O Box 37574
Baltimore, MD 21297-3574


Plastic Seals Corporation
2905 4th Avenue
Charleston, WV 25387
```

```
Probuild Company, LLC
500 Patrick Street
Charleston, WV 25387


R. G. Steel Corp
P. O. Box 356
Pulaski, PA 16143


Regulatory Training Center
157 2nd Avenue
Charleston, WV 25303


Ripley Association Ltd.
200 Kingston Road
P. O. Box 1176
Kingwood, WV 26537


RPM Engineers
400 Tracy Way
Suite 200
Charleston, WV 25311


Sherwin Williams Co.
217 Randolph Street
Charleston, WV 25302


Sitesafe
P. O. Box 287
609 West Main
Clarkson, KY 42726


Snouffer's Fire & Safety
172 N. 2nd Avenue
Middleport, OH 45760


SPAN 1, LLC
P. O. Box 1276
Scott Depot, WV 25560


State Electric Supply Company
P. O. Box 890889
Charlotte, NC 28289-0889
```

```
State Farm Insurance Agency
101 N. Court Street
Ripley, WV 25271


Stephens Pipe & Steel, LLC
2224 E Hwy 619
Russell Springs, KY 42642


Steve D. Winters
2946 Manilla Road
Leon, WV 25123


Sunbelt Rentals
580 MacCorkle Avenue, SW
Saint Albans, WV 25177


Terracon
P. O. Box 843358
Kansas City, MO 64184-3358


Thomas Do-It Center
308 Third Avenue
Point Pleasant, WV 25550


Todd Fox
101 N. Court Street
Ripley, WV 25271


Triad Engineering, Inc.
10541 Teays Valley Road
Scott Depot, WV 25560


Trinity Highway Products, LLC
L/B 951716 Wells Fargo
2975 Regent Boulevard
Irving, TX 75063


Unemployment Compensation Division
Workforce West Virginia
Compliance and Enforcement
P. O. Box 106
Charleston, WV 25321-0106
```

United Bank
P. O. Box 2373
Charleston, WV 25326


United Bank
P. O. Box 2373
Charleston, WV 25326


United Bank
Purchase Bank
P. O. Box 2373
Charleston, WV 25326


United Bank
P. O. Box 2373
Charleston, WV 25326


United Rentals
P. O. Box 840514
Dallas, TX 75284-0514


V & W Electric and Supply
1517 Fairmont Avenue
P. O. Box 468
Fairmont, WV 26554


Valley Supply Company
515 33rd Street
Parkersburg, WV 26101


Valley, Inc.
PO Box 100
Millwood, WV 25262


WageWorks
P. O. Box 870725
Kansas City, MO 64187-0725


Walker Express
Cecil I Walker Machiner Co.
1400 Dupont Avenue
Belle, WV 25015

```
West Virginai Oil & Gas Association
P. O. Box 3231
Charleston, WV 25332


West Virginia Coal Alliance
P. O. Box 3923
Charleston, WV 25339-3923


West Virginia Coal Association, Inc.
P. O. Box 3923
Charleston, WV 25339


West Virginia Construction & Design Expo
2114 Kanawha Boulevard, East
Charleston, WV 25311


West Virginia Municipal League
2020 Kanawha Boulevard, East
Charleston, WV 25311


West Virginia Signal & Light, Inc.
P. O. Box 134
247 Kentuck Road
Kenna, WV 25248


West Virginia State Tax Department
Compliance Division
P. O. Box 766
Charleston, WV 25323-0766


Wetzel County Commission
P. O. Box 156
New Martinsville, WV 26155


White Brothers Consulting, LLC
447 Call Road
Suite 216
Charleston, WV 25312


Wright Express Fleet Services
P. O. Box 6293
Carol Stream, IL 60197-6293
```

```
WV Communications, Inc.
P. O. Box 70294
Charleston, WV 25301
```

# United States Bankruptcy Court
## Southern District of West Virginia

In re  **Fox Engineering, Inc.**                                                  Case No.
                             Debtor(s)                                            Chapter     **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fox Engineering, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 14, 2014** | **/s/ Joseph W. Caldwell** |
| Date | **Joseph W. Caldwell 586** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Fox Engineering, Inc.** |
| | **Caldwell & Riffee** |
| | **3818 MacCorkle Ave. S.E. Suite 101** |
| | **Post Office Box 4427** |
| | **Charleston, WV 25364-4427** |
| | **(304) 925-2100 Fax:(304) 925-2193** |
| | **joecaldwell@frontier.com & chuckriffee@frontier.com** |